| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Gregory M. Utter, Joseph M. Callow, Jr.<br>KEATING MUETHING & KLEKAMP PLL<br>One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202<br>Phone: (513) 579-6400 (Pro Hac Vice Applications forthcoming)<br><br>Susan R. Hershman, GREENBERG GROSS LLP<br>601 S. Figueroa St., 30th Floor, Los Angeles, California 90017<br>Phone: (213) 334-7000(Local Counsel) |  |
|---|---|
| ATTORNEY(S) FOR: Relator Sandra Felty | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. SANDRA FELTY,<br><br>Plaintiff(s),<br>v.<br>UNIVERSITY OF SOUTHERN CALIFORNIA d/b/a THE KECK HOSPITAL OF USC,<br>Defendant(s) | CASE NUMBER:<br>**CV 17 - 08251 JFW(JPR)**<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Relator Sandra Felty_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sandra Felty | Relator |
| Keating Muething & Klekamp PLL (not a party to the action) | Counsel for Relator |
| The Hesch Firm, LLC (not a party to the action) | Counsel for Relator |
| The United States of America | Plaintiff (prior to Intervention) |
| The State of California | Plaintiff (prior to Intervention) |
| University of Southern California d/b/a The Keck Hospital of USC | Defendant |

November 11, 2017                                         _/s/ Susan Hershman_
Date                                                              Signature

Attorney of record for (or name of party appearing in pro per):

Relator Sandra Felty